IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SHAUN BRANDEWIE, et al., | ) CASE NO: 1:14-CV-965 |
| Plaintiffs, | ) JUDGE: JAMES S. GWIN |
| v. | ) **MOTION TO ADMIT *PRO HAC VICE*** |
| WAL-MART STORES, INC., | ) |
| Defendant. | ) |

The undersigned counsel for Defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), as a member of the bar of this Court, respectfully moves the Court to admit, pursuant to Local Rule 83.5(h):

>Doug Winter (District of Columbia Bar No. 927202)
>Bryan Cave LLP
>1155 F Street, N.W.
>Washington, DC  20004
>Telephone:  (202) 508-6072
>Facsimile:  (202) 220-7372
>Email:  dewinter@bryancave.com

*pro hac vice* for the limited purpose of appearing and participating in the above-captioned litigation as co-counsel for Wal-Mart.

Mr. Winter is an attorney of the law firm of Bryan Cave LLP and is admitted to practice before, and has been a member in good standing of the bar of the State of Missouri since 1975. He has also been admitted to practice before, and is a member in good standing of the bar of the State of Illinois, District of Columbia, U.S. District Court for the Eastern District of Missouri, U.S. Courts of Appeals for the Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits and for the Armed Forces.  An affidavit from Mr. Winter indicating that he remains a member in good standing with these courts and that there are no disciplinary proceedings

4358589.3

pending against him in any jurisdiction is attached as Exhibit A. The undersigned counsel has submitted electronically the Court's required filing fee of $120.00.

Mr. Winter has been retained by Wal-Mart to represent it in connection with the above-captioned case. The undersigned counsel is professionally familiar with Doug Winter.

WHEREFORE, for the foregoing reasons, the undersigned counsel for Wal-Mart respectfully moves the Court to admit Doug Winter *pro hac vice* pursuant to Local Rule 83.5(h) for the limited purpose of appearing and participating in this litigation as co-counsel for Wal-Mart.

Dated on this 11th day of July, 2014.

                                          Respectfully submitted,

                                        */s/ Karen L. Giffen*
                                        Karen L. Giffen (0042663)
                                        GIFFEN & KAMINSKI, LLC
                                        1300 East Ninth Street, Suite 1600
                                        Cleveland, Ohio 44114
                                        Telephone:   (216) 621-5161
                                        Facsimile:    (216) 621-2399
                                        E-Mail:       kgiffen@thinkgk.com

                                        And

                                        */s/ Doug Winter*
                                        Doug Winter
                                        BRYAN CAVE LLP
                                        1155 F Street, N.W.
                                        Telephone:   (202) 508-6072
                                        Facsimile:    (202) 220-7372
                                        E-Mail:       dewinter@bryancave.com

                                        ***Counsel for Defendant Wal-Mart Stores, Inc.***

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Motion to Admit Pro Hac Vice* was served by the Court's electronic filing system on this 11th day of July 2014 upon the following:

William B. Eadie
Nicholas A. DiCello
Daniel Frech
Dennis R. Lansdowne
Stuart E. Scott
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue, East
Suite 1700
Cleveland, Ohio 44114
*Lead Class Counsel for Plaintiffs*

Daniel J. Myers
610 Skylight Office Tower
1660 West Second Street
Cleveland, Ohio 44113
*Counsel for Plaintiffs*

*/s/ Karen L. Giffen*
*Counsel for Defendant Wal-Mart Stores, Inc..*