IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAUN BRANDEWIE, ET AL | § | CASE NO: 1:14-CV-965 |
| | § | |
| Plaintiffs, | § | JUDGE: JAMES S. GWIN |
| | § | |
| VS. | § | |
| | § | |
| WAL-MART STORES, INC., | § | MOTION TO ADMIT *PRO HAC VICE* |
| | § | |
| Defendant. | § | |

The undersigned counsel for Defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), as a member of the bar of this Court, respectfully moves the Court to admit, pursuant to Local Rule 83.5(h):

M. Scott Incerto
Fulbright & Jaworski LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78702
Tel: 512-474-5201
Fax: 512-536-4598

*pro hac vice* for the limited purpose of appearing and participating in the above-captioned litigation as co-counsel for Wal-Mart.

Mr. Incerto is an attorney of the law firm of Fulbright & Jaworski and is admitted to practice before, and has been a member in good standing of the bar of the State of Texas since October 31, 1981. He is also admitted to practice before the United States District Court Western District of Texas; the United States District Court Northern District of Texas; the United States District Court Southern District of Texas; the United States District Court Eastern District of Texas; and the United States Court of Appeals for the Fifth Circuit. A declaration from Mr. Incerto stating that he remains a member in good standing with these courts and that there

are no disciplinary proceedings pending against him in any jurisdiction is attached as Exhibit A. The undersigned counsel has submitted electronically the Court's required filing fee of $120.00.

Mr. Incerto has been retained by Wal-Mart to represent it in connection with the above-captioned case. The undersigned counsel is professionally familiar with M. Scott Incerto.

WHEREFORE, for the foregoing reasons, the undersigned counsel for Wal-Mart respectfully moves the Court to admit M. Scott Incerto *pro hac vice* pursuant to Local Rule 83.5(h) for the limited purpose of appearing and participating in this litigation as co-counsel for Wal-Mart.

Dated on this 11th day of August, 2014.

Respectfully submitted,

*/s/ Karen L. Giffen*
Karen L. Giffen (0042663)
GIFFEN & KAMINSKI, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone: (216) 621-5161
Facsimile: (216) 621-2399
E-Mail: kgiffen@thinkgk.com
And

*/s/ M. Scott Incerto*
M. Scott Incerto
Peter A. Stokes
FULBRIGHT & JAWORSKI LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
Telephone: (512) 474-5201
Facsimile: (512) 36-4598
Scott.Incerto@nortonrosefulbright.com
Peter.Stokes@nortonrosefulbright.com
*Counsel for Defendant Wal-Mart Stores, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

A copy of the foregoing *Motion to Admit Pro Hac Vice* was served by the Court's electronic filing system on this 11th day of August, 2014 upon the following:

William B. Eadie
Nicholas A. DiCello
Daniel Frech
Dennis R. Lansdowne
Stuart E. Scott
SPANGENBERG SHIBLEY & LIBER LLP
1 001 Lakeside A venue, East
Suite 1700
Cleveland, Ohio 44114
*Lead Class Counsel for Plaintiffs*

Daniel J. Myers
610 Skylight Office Tower
1660 West Second Street
Cleveland, Ohio 44113
*Counsel for Plaintiffs*

                                                    */s/ Karen L. Giffen*
                                                    Counsel for Defendant Wal-Mart Stores, Inc..