IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAUN BRANDEWIE, ET AL | § | CASE NO: 1:14-CV-965 |
| | § | |
| Plaintiffs, | § | JUDGE: JAMES S. GWIN |
| | § | |
| VS. | § | |
| | § | |
| WAL-MART STORES, INC., | § | MOTION TO ADMIT *PRO HAC VICE* |
| | § | |
| Defendant. | § | |

The undersigned counsel for Defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), as a member of the bar of this Court, respectfully moves the Court to admit, pursuant to Local Rule 83.5(h):

> John Yslas
> Fulbright & Jaworski LLP
> 555 South Flower Street
> Forty-First Floor
> Los Angeles, CA 90071
> Tel:  213 892 9284
> Fax:  213 892 9494

*pro hac vice* for the limited purpose of appearing and participating in the above-captioned litigation as co-counsel for Wal-Mart.

Mr. Yslas is an attorney of the law firm of Fulbright & Jaworski and is admitted to practice before, and has been a member in good standing of the bar of the State of California since 1996.  He is admitted to practice in the Eastern, Western, Northern, and Southern Districts of California. He is also admitted to practice in the United States Court of Appeals for the Ninth Circuit.  An affidavit from Mr. Yslas indicating that he remains a member in good standing with these courts and that there are no disciplinary proceedings pending against him in any jurisdiction is attached as Exhibit A.  The undersigned counsel has submitted electronically the Court's required filing fee of $120.00.

Mr. Yslas has been retained by Wal-Mart to represent it in connection with the above-captioned case. The undersigned counsel is professionally familiar with Mr. Yslas.

WHEREFORE, for the foregoing reasons, the undersigned counsel for Wal-Mart respectfully moves the Court to admit John Yslas *pro hac vice* pursuant to Local Rule 83.5(h) for the limited purpose of appearing and participating in this litigation as co-counsel for Wal- Mart.

Dated on this 11th day of August, 2014.

                                                Respectfully submitted,

                                                */s/ Karen L. Giffen*
                                                Karen L. Giffen (0042663)
                                                GIFFEN & KAMINSKI, LLC
                                                1300 East Ninth Street, Suite 1600
                                                Cleveland, Ohio 44114
                                                Telephone: (216) 621-5161
                                                Facsimile: (216) 621-2399
                                                E-Mail: kgiffen@thinkgk.com

                                                And

                                                */s/ John Yslas*
                                                John Yslas
                                                Fulbright & Jaworski LLP
                                                555 South Flower Street
                                                Forty-First Floor
                                                Los Angeles, CA 90071
                                                Tel: 213 892 9284
                                                Fax: 213 892 9494
                                                john.yslas@nortonrosefulbright.com

                                                M. Scott Incerto
                                                Peter A. Stokes
                                                Fulbright & Jaworski LLP
                                                98 San Jacinto Blvd., Suite 1100
                                                Austin, TX 78701
                                                Telephone: (512) 474-5201
                                                Facsimile: (512) 36-4598
                                                scott.incerto@nortonrosefulbright.com
                                                peter.stokes@nortonrosefulbright.com
                                                *Counsel for Defendant Wal-Mart Stores, Inc.*

- 3 -

CERTIFICATE OF SERVICE

A copy of the foregoing *Motion to Admit Pro Hac Vice* was served by the Court's electronic filing system on this 11th day of August, 2014 upon the following:

William B. Eadie
Nicholas A. DiCello
Daniel Frech
Dennis R. Lansdowne
Stuart E. Scott
SPANGENBERG SHIBLEY & LIBER LLP
1 001 Lakeside A venue, East
Suite 1700
Cleveland, Ohio 44114
*Lead Class Counsel for Plaintiffs*

Daniel J. Myers
610 Skylight Office Tower
1660 West Second Street
Cleveland, Ohio 44113
*Counsel for Plaintiffs*

                                                         */s/ Karen L. Giffen*
                                                         Counsel for Defendant Wal-Mart Stores, Inc..