UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

SHAUN BRANDEWIE, ET AL,  :  CASE NO. 1:14CV00965

    Plaintiffs,  :

vs.  :  ORDER STAYING ASSIGNED
                                      :  DATES AND SETTING HEARING
WAL-MART STORES, INC.,  :  FOR PRELIMINARY APPROVAL
                                      :  OF SETTLEMENT
    Defendant.  :

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court, pursuant to a conference call with counsel for plaintiffs and defendant this date, has been advised that a preliminary settlement has been reached in the above captioned matter. The parties have orally requested that the Court stay the assigned dates. The Court finds the request to be well taken and all currently assigned dates are hereby stayed.

Counsel shall file a motion for preliminary approval of the settlement by June 17, 2015. The Court will conduct a hearing with regard to preliminary approval of the settlement on June 24, 2015, at 12:30 p.m., Courtroom 18A (Cleveland).

IT IS SO ORDERED.

Dated: April 30, 2015                       s/ *James S. Gwin*
                                                            JAMES S. GWIN
                                                            UNITED STATES DISTRICT JUDGE